UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ROBERT DALY,

              Plaintiff,

      -against-

ESTEE LAUDER, INC.,

             Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/25/09

08 Civ 9342 (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for April 1, 2009 at 4:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

The parties have jointly consented to trial of this action by a United States Magistrate Judge (that is, the undersigned). Counsel should complete counterparts of the enclosed form and return them to my chambers via fax (212-805-7933).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

Dated:      New York, New York
              March 25, 2009

                                       Andrew J. Peck
                                       United States Magistrate Judge

Copies **by fax & ECF** to:    Jacqueline K. Hollander, Esq.
                                   John D. Winter, Esq.